■ The People of the State of New York, Respondent, v Melvin Terry, Also Known as Terry Melvin, Appellant. [631 NYS2d 677] —Judgment, Supreme Court, New York County (Antonio Brandveen, J.), rendered July 19, 1993, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, unanimously affirmed.

Defendant's motion for a mistrial based upon a violation of the trial court's *Sandoval* ruling was properly denied. Defendant correctly asserts that the prosecutor's question about whether he had pleaded guilty to a misdemeanor assault charge was a direct violation of the *Sandoval* ruling. However, the granting of a mistrial was not required, since defendant was not unduly prejudiced: he never answered the question, which was stricken, and the court promptly instructed the jury that a question never constitutes evidence (*see, People v Brown*, 195 AD2d 419, 420, *lv denied* 82 NY2d 804). Moreover, the prior assault conviction mentioned by the prosecutor was not similar to the charge for which defendant was on trial.

We have considered defendant's remaining contentions and find they do not warrant corrective action. Concur—Rosenberger, J. P., Rubin, Asch, Williams and Mazzarelli, JJ.

■ The People of the State of New York, Respondent, v Floyd Avery, Appellant. [631 NYS2d 517] —Judgment, Supreme Court, New York County (Michael Corriero, J.), rendered June 11, 1993, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him to a term of 4 to 8 years, unanimously affirmed.

Viewing the evidence in the light most favorable to the People and giving them the benefit of every reasonable inference (*People v Malizia*, 62 NY2d 755, *cert denied* 469 US 932), defendant's guilt was proven beyond a reasonable doubt by legally sufficient evidence. Moreover, upon an independent review of the facts, we find that the verdict was not against the weight of the evidence (*People v Bleakley*, 69 NY2d 490). The credibility issues raised by defendant were properly placed before the jury and we find no reason to disturb its determinations (*People v Siu Wah Tse*, 91 AD2d 350, 352). Concur—Rosenberger, J. P., Rubin, Asch, Williams and Mazzarelli, JJ.